IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01424-WDM-OES

KENT ERIC LEBERE,

    Applicant,

v.

JAMES ABBOTT, WARDEN AND
KEN SALAZAR, the Attorney General of the State of Colorado,

    Respondents.

_____

## ORDER FOR ADMINISTRATIVE CLOSURE
_____

    This matter is before me on the February 24, 2006 status report regarding state court proceedings. Twenty-two status reports have been filed since Judge Daniel's May 5, 2004 order staying this case as to Claim Two pending action by the state court, and this case is still not ready to proceed in this court.

    It is therefore ordered that this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on

or before February 24, 2007, this case shall be automatically dismissed without prejudice.

DATED at Denver, Colorado, on February 24, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge