IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01424-WDM-OES

KENT ERIC LEBERE,

    Applicant,

v.

JAMES ABBOTT, WARDEN AND
KEN SALAZAR, the Attorney General of the State of Colorado,

    Respondents.
_____

**ORDER**
_____

    This matter is before me on the Applicant's Motion to Reopen Case for Good Cause, filed February 23, 2007 (doc. no. 49). Applicant asserts that the state court case is on appeal before the Colorado Court of Appeals and may now be at issue. Applicant requests that the case either continue to be administratively closed or reopened pending the completion of the state court appeal. Respondents have not responded and I assume they do not oppose the motion.

    Accordingly it is ordered that the administrative closure of this matter be continued until February 24, 2008 pursuant to D.C.COLO.LCivR 41.2. If there is no showing of good

cause to reopen this matter on or before February 24, 2008, this case will be automatically dismissed without prejudice.

DATED at Denver, Colorado, on April 12, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge