IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01424-WDM

KENT ERIC LEBERE,

    Plaintiff,

v.

JAMES ABBOTT, et al.,

    Defendants.

_____

**ORDER EXTENDING ADMINISTRATIVE CLOSURE**
_____

Miller, J.

    In light of the Applicant's Motion to Extend Administrative Closure filed February 22, 2008, the administrative closure shall be extended to February 23, 2009.

    If no action is taken to reopen this case on or before February 23, 2009, the case will be dismissed without prejudice without further notice to any party.

    DATED at Denver, Colorado, on February 27, 2008.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL