IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01424-WDM

KENT ERIC LeBERE,

Applicant,

v.

JAMES ABBOTT, Warden, and
KEN SALAZAR, Attorney General of the State of Colorado,

Respondents.

---

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

This matter is before the Court *sua sponte.*

It is hereby ORDERED that the Clerk of the Court for the District Court of El Paso County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in ***People v. Kent Eric LeBere***, El Paso County District Court, **Case No. 98-CR-4342, Division: 13**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before March 27, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the El Paso County District Court, Division 13, by facsimile

to (719) 329-7046 and by regular mail to Clerk of the Court, El Paso County District Court, 270 South Tejon St., P.O. Box 2980, Colorado Springs, CO 80903.

DATED at Denver, Colorado, this 3rd day of May, 2010.

BY THE COURT:

WALKER D. MILLER
United States District Judge