IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01424-MSK-BNB

KENT LEBERE,

Applicant,,

v.

JAMES BBOTT, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Motion to Borrow State Record for Reproduction** [docket no. 105, filed October 6, 2014] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED.  The record will be available at the front desk of the Clerk's Office, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

DATED:  October 7, 2014