IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01424-MSK-BNB

KENT ERIC LEBERE,

Applicant,

v.

JAMES ABBOTT, Warden, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

Respondents.

_____

**ORDER**
_____

This matter arises on **Petitioner's Motion to Conduct Discovery** [Doc. # 92, filed 5/23/2014]. I held a hearing on the motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion to Conduct Discovery [Doc. # 92] is GRANTED;

(2)   The petitioner may take the following discovery:

• The deposition of Detective J.D. Walker; and

• A subpoena or subpoenas to produce, directed to the appropriate custodian or custodians of records, for Detective Walker's employment history, personnel file, and disciplinary record; all investigative files relating to the death of Linda Richards and/or the related investigation of Kent LeBere, including but not limited to Detective Walker's notes, reports, emails, audio recordings, calendar, and daily field activity reports; written policies or procedures of the Colorado Springs Police Department in effect during the relevant time period

concerning memorializing and/or preserving the contents and substance of informant and/or witness interviews or communications or which govern appropriate protocols for interviewing or communicating with informants and/or witnesses; materials relating to communications between law enforcement officers, including the Office of the District Attorney, and Ronnie Archuleta in connection with the investigation of Linda Richard's death and/or the related investigation of Kent LeBere; and materials relating to any promises, rewards, or inducements directly or indirectly made to Ronnie Archuleta in connection with information or testimony regarding Kent LeBere; and

(3)  The discovery allowed shall be completed on or before March 31, 2015, unless extended by further order of the court.

Dated September 15, 2014.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge